## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Christina Ruiz**    JOINT DEBTOR: **Pedro J Cruz**    CASE NO.: **12-39863-RBR**
Last Four Digits of SS# **xxx-xx-3649**    Last Four Digits of SS# **xxx-xx-1099**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **139.77** for months **1** to **60** ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00**    TOTAL PAID $ **0.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**    Total Due $ _____
Payable $ _____ /month (Months _ to _)    Regular Payment $ _____

Unsecured Creditors: Pay $ **125.79** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Indymac Mortgage Services: Debtor will pay claim directly at 1,690.00 per month.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Christina Ruiz    /s/ Pedro J Cruz
Christina Ruiz    Pedro J Cruz
Debtor    Joint Debtor
Date: **December 21, 2012**    Date: **December 21, 2012**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy